**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

EDWARD SILVA,

    Plaintiff,

v.                                                          1:16-cv-00181-JCH-SCY

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Plaintiff, Edward Silva and Defendant, Safeco Insurance Company of America's Stipulated Motion to Dismiss with Prejudice, for an Order dismissing the Complaint and all causes of action stated therein or which could have been stated therein by the Plaintiff against the Defendant on the grounds that all matters in controversy by the Plaintiff against Defendant has been fully resolved; and the Court having reviewed the pleadings and noting the concurrence of all counsel, and being fully advised in the premises, FINDS:

1. That it has jurisdiction over the parties and the subject matter of this suit;

2. Said Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Complaint and all causes of action stated therein or which could have been stated therein, filed by the Plaintiff, Edward Silva against Defendant, Safeco Insurance Company of America, be and hereby is dismissed, with prejudice, with each party to bear his/its own attorney's fees and costs.

    **IT IS SO ORDERED**.

                                                        HONORABLE JUDITH C. HERRERA
                                                        DISTRICT COURT JUDGE

**APPROVED BY:**

/s/Warren F. Hire, II
Cloyd G. Hinkle
Warren F. Hire, II
Attorneys for Plaintiff


/s/ Meena H. Allen
Meena H. Allen
Attorney for Defendant